1
2
3
4
5
6
7
8
9
10
11
12
13
14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heidy Lorena Gomez Rodriguez, | No. CV-25-03879-PHX-KML (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Fred Figueroa, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 on October 17, 2025 challenging her immigration detention. (Doc. 1.) The court issued an order to show cause why the petition should not be granted. Respondents indicate they "do not oppose Petitioner's request for release from custody in the habeas petition." (Doc. 8.) The court accepts this concession as non-opposition to granting petitioner's habeas corpus petition.

Accordingly,

**IT IS ORDERED** petitioner's petition for writ of habeas corpus (Doc. 1) is **GRANTED** as to counts one and two. The petition is otherwise denied without prejudice as moot.[1] Respondents must immediately release petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** the Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) is **DENIED AS MOOT**.

/

---

[1] The court denies as moot petitioner's claim in count three under the Administrative Procedure Act.

**IT IS FINALLY ORDERED** the clerk shall enter judgment in petitioner's favor and close this case.

Dated this 28th day of October, 2025.

Honorable Krissa M. Lanham
United States District Judge